The Independence Drilling Company, *a Partnership, etc., et al., Appellees,* v. The Augusta Oil, Gas, Mining & Prospecting Company, *Appellant.*

No. 15,785.

In the official report of this case (*Oil Co. v. Drilling Co.,* 80 Kan. 261), the following special concurrence was inadvertently omitted.

Mason, J. (concurring specially): I concur in the result, but do not think opinion evidence should be excluded merely because it relates to the ultimate fact to be determined by the jury. (3 Wig. Ev. § 1921.)